JS - 6

FILED: 2/27/14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CARPENTER )<br>)<br>            Plaintiff, )<br>                                )<br>     vs.                    )<br>                                )<br>VANIR PLAZA INVESTMENT, LLC, )<br>et al                          )<br>            Defendants. )<br>_____) | **CASE NO.  13-8100 GHK (MRWx)**<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action  if settlement is not consummated.

DATED:   2/27/14

GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE